NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNNIE L. BROWN,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3109

---

Petition for review of the Merit Systems Protection Board in case no. SF0752090881-I-1.

---

## ON MOTION

---

## O R D E R

Johnnie L. Brown moves for leave to file her informal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Brown's brief is due within 21 days from the date of filing of this order.

FOR THE COURT

__JUL 1 9 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Johnnie L. Brown
     David S. Brooks, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 9 2011

JAN HORBALY
CLERK